994

BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION, Appellant, v. Wm. C. McDUFFIE, as Receiver of Richfield Oil Company, Appellee.

No. 7357.

Circuit Court of Appeals, Ninth Circuit.

Feb. 21, 1934.

Freston & Files and Clarence M. Hanson, all of Los Angeles, Cal., for appellant.

Gibson, Dunn & Crutcher, H. F. Prince, Homer D. Crotty, and Guy D. Henry, all of Los Angeles, Cal., and Wm. J. De Martini, of San Francisco, Cal., for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

After oral argument, ordered order of District Court affirmed; mandate forthwith.

Bert BLACK, Plaintiff-Appellee, v. Frank F. FIX and Charles V. Fix, Defendants-Appellants.

No: 222.

Circuit Court of Appeals, Second Circuit.

Feb. 19, 1934.

Stanley & Gidley, of Buffalo, N. Y., for appellants.

William J. Brock, of Buffalo, N. Y., for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Frank O. BOYER et al., Appellants, v. N. NAKAMURA et al., Appellees.

No. 7324.

Circuit Court of Appeals, Ninth Circuit.

Jan. 29, 1934.

Harry R. Hewitt, Atty. Gen., and J. G. Anthony and N. A. Newmark, Asst. Attys. Gen., for appellants.

Frank E. Thompson and M. K. Ashford, both of Honolulu, Hawaii, for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

A. P. BRUSH, Appellant, v. UNITED STATES of America, Appellee.

No. 7203.

Circuit Court of Appeals, Fifth Circuit.

Feb. 21, 1934.

W. K. Zewadski, Jr., and Wm. C. Pierce, both of Tampa, Fla., for appellant.

John W. Holland, U. S. Atty., of Jacksonville, Fla.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of conviction for violations of the National Prohibition Act (27 USCA § 1 et seq.). Upon the authority of United States v. Chambers, 54 S. Ct. 434, 78 L. Ed. ——, opinion filed February 5, 1934, the judgment is reversed and annulled.